

# Madison Freelance Reporters, LLC

RECEIVED
AUG - 4 2015
WI DEPT OF JUSTICE
DIVISION OF LEGAL SERVICES

July 31, 2015

Anne M. Bensky
Wisconsin Department of Justice
Assistant Attorney General
17 West Main Street
Madison, WI 53703

REMIT TO:
6117 Monona Drive
Madison, Wisconsin
53716

*1404230007*

| Invoice Number |
| --- |
| LC 9395 |

Re: Dr. Sabina Burton vs. Board of Regents
Case No. 14CV0274
7/23/2015

| Description of Services | | |
| --- | --- | --- |
| O+1 | Sabina Burton | 1180.80 |
| Attendance | | 200.00 |
| Exhibits | | 18.75 |
| Postage | | 9.00 |
| Etranscript | | 10.00 |
| | **Invoice total:** | **$1,418.55** |

Federal I.D. No. 39-2042740

Payment due upon receipt. Thank you.

We accept Visa and Mastercard.

*OK to Pay* [signature]

6117 Monona Drive • Madison, Wisconsin 53716

Phone: (608) 255-8100 • Fax: (608) 255-4096 • Toll-Free: 1 (877) 665-5499 • www.madisonfreelance.com

# INVOICE



**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 230767 | 10/15/2015 | 131709 |
| Job Date | Case No. | |
| 10/7/2015 | 14-CV-274 | |
| Case Name | | |
| Dr. Sabina Burton v. Board of Regents University of Wisconsin, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Ms. Katherine D. Spitz
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison WI 53707-7857

1 COPY OF TRANSCRIPT OF:
  Dr. Michael Dalecki                                                  515.25
    Exhibit Scanning                              96.00 Pages           33.60
    Handling                                                             5.00

**TOTAL DUE >>>**   $553.85
AFTER 11/24/2015 PAY   $581.54

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Please write clearly.*
Date invoice was rcvd by unit: 10/19/15
Matter#: 14042300 7
OK to pay per: Kate Spitz
Approver's signature: [signature]
Date signed: 10-20-15

*Affix to original invoice. Route invoice to DLS Admin.*

RECEIVED
OCT 19 2015

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Katherine D. Spitz
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison WI 53707-7857

Invoice No.   : 230767
Invoice Date  : 10/15/2015
**Total Due**   : $ 553.85
AFTER 11/24/2015 PAY $581.54

**Remit To:** Gramann Reporting, Ltd.
    740 N. Plankinton Avenue
    Suite 400
    Milwaukee WI 53203

Job No.    : 131709
BU ID      : 1-MAIN
Case No.   : 14-CV-274
Case Name  : Dr. Sabina Burton v. Board of Regents University of Wisconsin, et al.



# Madison Freelance Reporters, LLC

November 1, 2015

RECEIVED

**REMIT TO:**
6117 Monona Drive
Madison, Wisconsin
53716

Anne M. Bensky
Wisconsin Department of Justice
Assistant Attorney General
17 West Main Street
Madison, WI 53703

NOV - 2 2015

WI DEPT OF JUSTICE
DIVISION OF LEGAL SERVICES

| Invoice Number |
| --- |
| LC 9634 |

Re: Dr. Sabina Burton vs. Board of Regents
Case No. 14CV0274
10/22/2015

## Description of Services

| | | |
| --- | --- | --- |
| O+1 | Sabina Burton - Vol. 2 | 756.80 |
| Rough ASCII | | 210.00 |
| Attendance | | 125.00 |
| Exhibits | | 34.50 |
| Etranscript | | 10.00 |
| | **Invoice total:** | **$1,136.30** |

Federal I.D. No. 39-2042740

Payment due upon receipt. Thank you.

We accept Visa and Mastercard.

*Please write clearly.*
Date invoice was rcvd by unit: _11-2-15_
Matter#: _14042 3007_
OK to pay per: _Anne Bensky_
Approver's signature: _[signature]_
Date signed: _NOV 2 2015_

*Affix to original invoice. Route invoice to DLS Admin.*

# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation Expertise Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 231356 | 11/7/2015 | 132039 |
| Job Date | | Case No. |
| 10/28/2015 | | 14-CV-274 |
| Case Name | | |
| Dr. Sabina Burton v. Board of Regents University of Wisconsin, et al. | | |
| Payment Terms | | |
| Net 30 | | |

RECEIVED

Ms. Anne M. Bensky
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison WI 53707-7857

NOV 11 2015

WI DEPT OF JUSTICE
DIVISION OF LEGAL SERVICES

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Elizabeth Throop, Ph.D. | | 432.00 |
| Rough ASCII | 174.00 Pages | 130.50 |
| Exhibit Scanning | 145.00 Pages | 50.75 |
| Handling | | 5.00 |
| | **TOTAL DUE >>>** | **$618.25** |
| | AFTER 12/17/2015 PAY | $649.16 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Please write clearly.*

Date invoice was rcvd by unit: _11-11-15_
Matter#: _14042300 7_
OK to pay per: _Anne Bensky_
Approver's signature: _[signature]_
Date signed: _Nov. 11, 2015_

*Affix to original invoice. Route invoice to DLS Admin.*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Anne M. Bensky
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison WI 53707-7857

Invoice No.   : 231356
Invoice Date  : 11/7/2015
**Total Due**   : **$ 618.25**
AFTER 12/17/2015 PAY $649.16

Remit To: Gramann Reporting, Ltd.
740 N. Plankinton Avenue
Suite 400
Milwaukee WI 53203

Job No.    : 132039
BU ID      : 1-MAIN
Case No.   : 14-CV-274
Case Name  : Dr. Sabina Burton v. Board of Regents University of Wisconsin, et al.



# STATEMENT

| Account No. | Date |
|---|---|
| C25167 | 12/1/2015 |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

*Innovation Expertise Integrity*

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| 90 Days | 120 Days & Over | Total Due |
| $423.99 | $0.00 | $423.99 |

Ms. Anne M. Bensky
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison WI 53707-7857

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 8/28/2015 | 229529 | 423.99 | 8/21/2015 | Thomas Caywood, Ph.D. | Dr. Sabina Burton v. Board of Regents University of Wisconsin, et al. |

*Please write clearly.*

Date invoice was rcvd by unit: __12-10-15__
Matter#: __1404230007__
OK to pay per: __Anne Bensky__
Approver's signature: __Anne Bensky__
Date signed: __12-10-15__

*Affix to original invoice. Route invoice to DLS Admin.*

Tax ID: 39-1582838

Phone: (608) 266-1221  Fax:

*Please detach bottom portion and return with payment.*

Ms. Anne M. Bensky
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison WI 53707-7857

Account No. : C25167
Date : 12/1/2015

Total Due : $ 423.99

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

RECEIVED

DEC 10 2015

WI DEPT OF JUSTICE
DIVISION OF LEGAL SERVICES



**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Ms. Anne M. Bensky
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 231914 | 12/1/2015 | 132609 |
| Job Date | Cause No. | |
| 11/16/2015 | 14-CV-274 | |
| Case Name | | |
| Dr. Sabina Burton v. Board of Regents University of Wisconsin, et al. | | |
| Payment Terms | | |
| Net 30 | | |

| 1 COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Valerie Stackman, Ph.D. | 83.00 Pages | 186.75 |
| Exhibit Scanning | 32.00 Pages | 11.20 |
| Handling | | 5.00 |
| | **TOTAL DUE >>>** | **$202.95** |
| | AFTER 1/10/2016 PAY | $213.10 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

*Please write clearly.*

Date invoice was rcvd by unit: _12-4-15_
Matter#: _14 042 3007_
OK to pay per: _Anne Bensky_
Approver's signature: _[signature]_
Date signed: _Dec 4, 2015_

*Affix to original invoice. Route invoice to DLS Admin.*

| ) Payments/Credits: | 0.00 |
|---|---|
| ) Finance Charges: | 0.00 |
| ) New Balance: | 202.95 |

**Tax ID: 39-1582838**

*Please detach bottom portion and return with payment.*

Ms. Anne M. Bensky
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857

Invoice No. : 231914
Invoice Date : 12/1/2015
**Total Due** : **$ 202.95**

Job No. : 132609
BU ID : 1-MAIN
Cause No. : 14-CV-274
Case Name : Dr. Sabina Burton v. Board of Regents University of Wisconsin, et al.

**Remit To:** Gramann Reporting, Ltd.
740 N. Plankinton Avenue
Suite 400
Milwaukee, WI 53203



**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 231926 | 12/1/2015 | 132610 |
| **Job Date** | **Cause No.** | |
| 11/17/2015 | 14-CV-274 | |

**Case Name**

Dr. Sabina Burton v. Board of Regents University of Wisconsin, et al.

**Payment Terms**

Net 30

Ms. Anne M. Bensky
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857

*Date invoice was rcvd by unit: 12-4-15*
*Matter#: 14042300*
*OK to pay per: Anne Bensky*
*Approver's signature: [signature]*
*Date signed: Dec 4 2015*
*Affix to original invoice. Route invoice to DLS Admin.*
*Please write clearly.*

1 COPY OF TRANSCRIPT OF:
    Cheryl Banachowski-Fuller, Ph.D.
        Exhibit Scanning
1 COPY OF TRANSCRIPT OF:
    John Lohmann
        Exhibit Scanning
1 COPY OF TRANSCRIPT OF:
    Deborah Rice
        Exhibit Scanning
        Handling

| | | |
|---|---|---:|
| 95.00 | Pages | 213.75 |
| 69.00 | Pages | 24.15 |
| 75.00 | Pages | 168.75 |
| 29.00 | Pages | 10.15 |
| 38.00 | Pages | 85.50 |
| 8.00 | Pages | 2.80 |
| | | 5.00 |

**TOTAL DUE >>>**     **$510.10**
AFTER 1/10/2016 PAY     $535.61

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

(-) Payments/Credits:     0.00
(+) Finance Charges:     0.00

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Anne M. Bensky
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857

Invoice No. : 231926
Invoice Date : 12/1/2015
**Total Due** : **$ 510.10**

Remit To: **Gramann Reporting, Ltd.**
        **740 N. Plankinton Avenue**
        **Suite 400**
        **Milwaukee, WI 53203**

Job No. : 132610
BU ID : 1-MAIN
Cause No. : 14-CV-274
Case Name : Dr. Sabina Burton v. Board of Regents University of Wisconsin, et al.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DR. SABINA BURTON

    Plaintiff,

-vs-                                          Case No: 14-CV-274

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM,

    Defendants.

In-house Printing Costs

    In-house printing costs for documents produced in discovery are as follows:

2096 bates numbered documents @ $0.10/page = $209.60.

                                          BRAD D. SCHIMEL
                                          Attorney General

                                          s/Anne Bensky
                                          Anne M. Bensky
                                          Assistant Attorney General
                                          State Bar #1069210

                                          Attorneys for Board of Regents

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9451
(608) 267-8906 (Fax)
benskyam@doj.state.wi.us