UNITED STATES DISTRICT COURT
For the WESTERN DISTRICT OF WISCONSIN

---

DR. SABINA BURTON,
    Plaintiff,

  v.              Case No. 14-CV-274

BOARD OF REGENTS UNIVERSITY OF
WISCONSIN, THOMAS CAYWOOD,
ELIZABETH THROOP, and MICHAEL
DALECKI,
    Defendants.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that I, Sabina Burton, plaintiff in the above named case hereby appeal to the United States Court of Appeals for the 7th Circuit from the final judgment entered on the 22nd day of June, 2016.

Executed on July 20, 2016      s/Sabina Burton
                     Plaintiff
                     5768 Maple Glen Lane
                     Platteville, WI 53818